IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RODGER N. BUTLER,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0638

Opinion filed March 9, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Rodger N. Butler, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of habeas corpus is denied.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.